July 7, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MARY THUY NGUYEN AND DUC LE, Appellants

NO. 14-16-00255-CV                    V.

TCN VICTORY, INC. AND TRUNG Q. NGUYEN, Appellees

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the order signed by the court below on March 23, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.